# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DARWIN E. LOGAN NURINDA,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-CV-03714-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

DATED: July 13, 2026

_____/s/_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE